UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OVETD AMMIN AGUILAR MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01051-SEB-CSW |
| | ) | |
| TODD BLANCHE Acting Attorney General of the | ) | |
| United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Court has received notice that Petitioner is now held at the Clay County Justice Center in Brazil, Indiana. Immigration and Customs Enforcement's Online Detainee Locator System confirms this. *See* https://locator.ice.gov/odls/#/search. The Court **directs** Petitioner **on or before June 2, 2026**, to either (1) file a motion to substitute his immediate custodian for Respondent Quakenbush, or (2) file a brief explaining why no such substitution should occur.

**IT IS SO ORDERED.**

Date:   5/28/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

Dennis Quakenbush
Sheriff of Hamilton County, Indiana
Hamilton County Jail 18102
Cumberland Rd. Noblesville, IN 46060