UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| OVETD AMMIN AGUILAR MORALES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01051-SEB-CSW |
| | ) | |
| TODD BLANCHE Acting Attorney General of the United States, | ) ) | |
| DENNIS QUAKENBUSH Sheriff of Hamilton County, Indiana, | ) ) | |
| TODD M. LYONS Acting Attorney General of the United States, | ) ) | |
| SAMUEL OLSON Chicago Field Office Director for Detention and Removal Operations, Immigration & Customs Enforcement, | ) ) ) | |
| MARKWAYNE MULLIN Secretary of the United States Department of Homeland Security, | ) ) | |
| | ) | |
| Respondents. | ) | |

**Order**

Petitioner Ovetd Ammin Aguilar Morales has filed a motion to substitute, dkt. [11], and a motion for a temporary restraining order. Dkt. [4].

## I.    Motion to Substitute

Mr. Aguilar Morales asks the Court to substitute the Clay County Sheriff as a respondent in place of Respondent Dennis Quakenbush, the Hamilton County Sheriff, because Mr. Aguilar Morales is now detained at the Clay County Jail. Finding the motion to substitute well-taken, the Court **grants** the motion to substitute. Dkt. [11]. The **clerk is directed** to add Brison Swearingen, Clay County Sheriff, to the docket as a respondent and to terminate Respondent Dennis Quakenbush, Hamilton County Sheriff.

To promote efficient briefing of this action, Mr. Aguilar Morales is encouraged to provide a courtesy copy of the petition and any exhibits along with a copy of this Order to Liberty L. Roberts, Church Church Hittle & Antrim, (lroberts@cchalaw.com), because she **may** be willing to waive formal service under Rule 4 of the Federal Rules of Civil Procedure on behalf of her client.

If Respondent Swearingen's counsel does not agree to waive service, Mr. Aguilar Morales is directed to serve a copy of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on Respondent Swearingen consistent with Rule 4. Along with the Petition and any exhibits, service must also include a copy of this Order.

Respondent Swearingen will have **seven days** from the date service is made or waived, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. The petitioner will have **four days after service of the answer** to reply.

## II.     Motion for Temporary Restraining Order

When the Court issued its Order to Show Cause, dkt. 7, the Court directed that "[t]he respondents shall not transfer Petitioner outside the jurisdiction of the United States or transfer him to any federal judicial district other than those in the States of Illinois, Indiana, or Wisconsin during the pendency of this habeas petition." To the extent Mr. Aguilar Morales requests relief in excess of the above, it is **denied without prejudice**. If he deems it necessary, Mr. Aguilar Morales may refile his motion and explain why constraints in excess of the above are required.

### III.    Conclusion

For the above reasons, the Court **grants** the motion to substitute, dkt. [11] and **denies**

**without prejudice** the motion for temporary restraining order, dkt. [4].

**IT IS SO ORDERED.**

Date:    6/3/2026

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel